FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

26 JAN -6 AM 10: 03

Civil Action No. _____
(To be supplied by the court)

Robert    Mathews _____, Plaintiff

v.

Puerto Rico _____,

Jury Trial requested:
(please check one)
✓ Yes ___ No

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |
| **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Robert Mathews    2906 pinnacle dr Colorado Springs, Co 80910
(Name and complete mailing address)

719  606  8866    cmathews1911@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Puerto Rico
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Violation of Cilval Rights, Kid napping
harRassment, and Fear of Death
See attached PaperworK

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __y es__ .

If Defendant 1 is an individual, Defendant 1 is a citizen of __USA__ .

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __Roc.__ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    Attached   Statement

Supporting facts:

4

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

attached       paper work

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

___5 jan   2026_____
(Date)

(Revised February 2022)

5

This motion is to respectfully request, inform and seek the following in this case

I Robert Lee Mathews must not only request but demand due to reasons stated below that all actions regarding case IS2020RF00002 halt as there is evidence that my civil rights and constitutional rights are being violated and there is bias against me as well no fair and just oversight in this case

Therefore, I will be asking the following!

I will move to sue and admonish the territory of Puerto Rico, the city of Aguadilla, department of Family services, for a total of 22,000,000.00 and each individual who participated in this case is full of blatant corruption, lies and injustice 1,000,000.00 from each individual member involved.

It has caused great damage to my family and I, on a mental, physical and emotional level, we have been slandered, threatened and harassed. Even judiciary immunity can't stop the criminal actions that each individual committed and stood by and observed.

I will start by asking this case to be removed to either a higher-level authority or turned over to the United States Court system as the level of corruption and bias clouds the truth of justice! I ask that every case for the past 24 months for your honor and family services be reviewed for lies, deceit, deception and malicious conduct.  That each member is put on unpaid administrative leave until proof that an outside party has evaluated each person and each case they are involved in.

This court has not allowed evidence that proves that family services illegally removed my son, has not allowed me contact with my son and then lied saying I haven't contacted them aligning with a potential sex offender for custody, has done everything in its power to threaten and try to intimidate my family, Including their lives.  Have harassed us, and the court has shown complete disregard for the rights afforded to me.

There is more than enough to prove all the above and more as this unfolds

I request Rylie Laine Mathew be removed from Kelly Laine Caldwell till an outside party unbiased and unaffiliated with the courts makes a decision regarding the accusations of sexual misconduct and furthermore that Miss Caldwell and her legal counsel be sued for 1,000,000.00 as they also set idiotically by trying to capitalize on the corruption of the courts.


Territory of Puerto Rico, city of Aguadilla, and family services for a combined total of 22,000,000.00

| BENJAMÍN J. MIRANDA RIVERA | bemiranda@justicia.pr.govbemiranda@justicia.pr.gov |
|---|---|
| | Correo Electrónico |
| JONATHAN VALE CORTÉS | lcdo.valecortes@gmail.comlcdo.valecortes@gmail.com |
| Nombre | Correo Electrónico |
| JOSÉ J. VARGAS SANTIAGO | kvclegalconsultants@gmail.comkvclegalconsultants@gmail.com |
| Nombre | Correo Electrónico |
| JUAN JOSÉ GONZÁLEZ ELIZALDE | jj.gonzalez.elizalde@gmail.comjj.gonzalez.elizalde@gmail.com |
| Nombre | Correo Electrónico |
| LINETSI CARDONA MUÑIZ | linetsi.cardona@gmail.comlinetsi.cardona@gmail.com |
| Nombre | Correo Electrónico |

Each individual for their involvement in the face of such blatant corruption

For a total of 5,000,000.00, 1 million for each individual

And 1,000,000.00 from Kelly Laine Caldwell of trying to use this case to profit and prosper in the face of this injustice. I demand Remy Lee James Mathews be moved and housed stateside for his safety as this case unravels for his mental health and safety

My family life has been threatened; we have been harassed and intimidated. Are sense of security, safety and privacy have been compromised and destroyed. Mentally, physically and emotionally this has taken its toll so I am requesting that Puerto Rico provide the financial means so I can during and after provide security for my family as we recover from this tragedy. Moving forward I wish to redact my location and personal information for my security from not only Puerto Rican authorities and government but from Kelly Laine Caldwell as she has broken numerous times former protection orders and

In closing I have and will continue to contact media, congressional members, justice department officials past and present presidents and anyone else who will help expose, fight and prevent this corrupt government and systems from destroying other people's lives. I will continue those efforts until otherwise stated.

Respectfully,

Robert Mathews